# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

## FOURTH DEPARTMENT, OCTOBER 1909.*

Mary A. Lane, Respondent, v. C. Augustus Koenig, Appellant, Impleaded with John Kolenick and Others.— Judgment affirmed, with costs.  All concurred.

Hammond Beef Company, Respondent, v. Mary Havrichak, Appellant.— Judgment of County Court and of Justice's Court reversed, with costs in all courts to appellant.  *Held*, that the complaint was not verified as required by law † so as to entitle the plaintiff to judgment thereon by default.  All concurred, except Spring and Williams, JJ., who dissented.

Niagara Loan Association, Appellant, v. Adeline Bentley, Respondent.— Judgment affirmed, with costs.  All concurred, except McLennan, P. J., and Spring, J., who dissented upon the ground that by the provisions of the statute ‡ under which the plaintiff was doing business and by the terms of the note in suit it was entitled to interest at the rate of two per cent per month after the loan became due.

Henry T. Buffum, Respondent, v. Buffalo and Lake Erie Traction Company, Appellant, Impleaded with the Town of Hamburg.— Judgment and order affirmed, with costs.  All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that there is no evidence tending to establish negligence on the part of the defendant which was the proximate cause of the plaintiff's injury; that plaintiff failed to establish his freedom from contributory negligence and upon the further ground that the court committed reversible error in refusing to charge as requested by the defendant.

Washington H. Ransom, Respondent, v. Romeyn Brown, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Delia Waggoner, as Sole Executrix, etc., of Jacob Waggoner, Deceased, Plaintiff, v. Lehigh Valley Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.  All concurred.

---

* These decisions not received in time for publication in their proper place. See 134 App. Div. 955.—[REP.

† See Code Civ. Proc. §§ 525, 526, 2936, cited by counsel.  See, also, Code Civ. Proc. § 2891.— [Rep.

‡ See Laws of 1895, chap. 326, as amd. by Laws of 1902, chap. 78, and Laws of 1905, chap. 333; since revised into Banking Law (Consol. Laws, chap. 2; Laws of 1909, chap. 10), §§ 310-314.— [REP.